IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Darian Stevenson.<br>    Plaintiff,<br><br>v.<br><br>Michael Haenitsch, et al.<br>    Defendant. | Case No: 3:17 CV 50150<br><br>Judge: Iain D. Johnston |

## REPORT AND RECOMMENDATION

      On 11/8/2018 during a regularly-scheduled status hearing, plaintiff Darian Stevenson participated by telephone from the Dixon Correctional Center, and spent his time yelling over the phone and then abruptly ended the hearing by walking away from the phone and failing to participate further.   The incident was similar to what assigned counsel experienced during a trip to meet with the plaintiff at the Dixon Correctional Center, when the plaintiff spent less than two minutes with counsel before unilaterally ending the meeting and leaving without explanation.  See Dkt. 57. at 2.   This Court allowed counsel to withdraw based in part on that behavior, Dkt. 61, and following the 11/8/2018 incident issued a Rule to Show Cause why the plaintiff's case should not be dismissed for failure to prosecute, Dkt. 67.   The Court gave the plaintiff to 11/30/2018 to respond to the Rule and to propose how the case should proceed, and warned that failing to respond would result in a recommendation that the case be dismissed.   Dkt. 67.   To date, the plaintiff has not responded to the Rule to Show Cause.   Accordingly, it is this Court's Report and Recommendation that this case be dismissed for want of prosecution.   Any objection by the plaintiff must be filed by 1/7/2019.   Failure to object may constitute a waiver of objections on appeal.  *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date:   12/17/2018                                               /s/ Iain D. Johnston
                                                                                             U.S. Magistrate Judge